**BRYAN CAVE LLP**
Joel D. Siegel (SBN: 155581)
Glenn J. Plattner (SBN: 137454)
Jenna Moldawsky (SBN: 246109)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
joel.siegel@bryancave.com
jenna.moldawsky@bryancave.com

Attorneys for Plaintiff
BUDGET BLINDS, INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUDGET BLINDS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN WELLS, an individual; ANGELA O'CONNOR, an individual; and DOES 1-20,<br><br>Defendants. | NO. SACV07-1293-JVS(MLGx)<br><br>**JUDGMENT**<br><br>Hon. James V. Selna |

Having read the foregoing STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION, and good cause appearing therefor, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that:

1. Defendants John Wells and Angela O'Connor ("Defendants") and each of their agents, successors, and assigns, will refrain from and shall be hereby enjoined from, either directly or indirectly, for itself (or themselves) or through, on behalf of, or in conjunction with any person:

      a) diverting or attempting to divert to any competitor of Budget Blinds any business or customer of any Budget Blinds business, including without limitation any business or customer of Defendants;

      b) conducting or attempting to conduct business outside the Territory without the advance written consent of Budget Blinds;

      c) owning, maintaining, engaging in, or having any interest in any business other than the Licensed Business specializing, in whole or in part, in the retail and/or installation of window coverings, or providing same or similar goods or services provided, sold, or offered through the System; and

      d) any act injurious or prejudicial to the goodwill associated with Budget Blinds Service Marks and the System, as those terms are defined in the License Agreement between Budget Blinds and Defendants.

2. Defendants, jointly and severally, shall pay to Budget Blinds the amount of $20,000.00. Defendants shall pay Budget Blinds $10,000.00 upon execution of the Stipulation for Entry of Judgment and Permanent Injunction and shall pay Budget Blinds the remaining $10,000.00 within 60 days thereafter.

Dated: April 22, 2008

_____
Honorable James V. Selna
Judge of the United States District Court

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Insert Address Here.

On April 22, 2008, I served the foregoing document, described as **[PROPOSED] JUDGMENT**, on each interested party in this action, as follows:

S. Christopher Winter
Dykema Gossett PLLC
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1736
Facsimile: (213) 457-1850

☒ (BY MAIL) I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY FEDEX) I deposited in a box or other facility maintained by FedEx, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy (or original) of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐ (BY OVERNITE EXPRESS) I deposited in a box or other facility maintained by Overnite Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy (or original) of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☒ **FEDERAL ONLY:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 22, 2008, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
**FRANK KAVELIN**